[No. 10595-4-III. Division Three. July 23, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. MIGUEL A. CARRILLO, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 89-1-02194-0, Robert N. Hackett, Jr.,

J., entered January 30, 1990. *Affirmed* by unpublished opinion per Munson, J., concurred in by Shields, C.J., and Thompson, J.